In decisions Nos. 1–4: Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ (A) JEAN D. MURNANE, Appellant, v. CHARLES J. MURNANE, Respondent. (B) MARTIN J. MCEVILLY et al., Respondents, v. JAMES K. CAMP, Appellant.— [In each action] Motions to dismiss appeals granted, by default, without costs.

■ (A) In the Matter of the Claim of JAMES SEYMOUR, Respondent, v. WALSH, CONNOLLY, SENIOR & PALMER et al., Appellants, and GEORGE H. FLINN et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (B) In the Matter of RAYMOND W. STINE, Petitioner, v. JOHN F. KIRVIN et al., Constituting the Town Board of the Town of Rotterdam, Respondents.— [In each action] Appeals dismissed unless appellants shall file and serve records, briefs and notes of issue for the May 1962 Term on or before March 30, 1962, in which event motions denied.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK ex rel. ELMER HEARNS, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent. (B) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM B. ELLIOTT, Appellant.— [In each action] Time to perfect appeals extended 90 days.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HERMAN BOONE, Appellant. (B) THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES SMALL, Appellant, v. W. CECIL JOHNSTON, as Director of Dannemora State Hospital, Respondent. (C) THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN F. WATSON, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent.— [In each action] Permission to prosecute appeals as poor persons granted. Appeals may be perfected upon one typewritten copy of the records and five typewritten copies of the briefs. Motions in all other respects denied.

(February 9, 1962)

In decisions Nos. 1–13: Present — Bergan, P. J., Coon, Gibson, Herlihy and Taylor, JJ.

■ (A) In the Matter of the Claim of MINNIE BLEICH, Respondent, v. 63RD BUILDING CORP. et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent. (B) FREDERICK W. MARKS, JR., et al., Appellants, v. VILLAGE OF LAKE PLACID et al., Respondents.— [In each action] Motions for permission to reargue or in the alternative to appeal to the Court of Appeals denied, without costs.

■ ADELE PACELLI et al., Plaintiffs, v. ANTONETTE CASTANO et al., Defendants.— Motion for permission to appeal to the Court of Appeals denied, without costs.

■ In the Matter of the Claim of PHILIP A. KORNELY, Respondent. MARTIN P. CATHERWOOD, as Industrial Commissioner, Appellant.— Motion granted, fee fixed at $150 and disbursements allowed in the sum of $15.64.